IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YVETTE MICHELLE ORTEGA,

    Plaintiff,

v.                                              No. CV-2007-454 LH/WDS

THE CITY OF SANTA FE; CITY OF SANTA FE
MAYOR DAVID COSS; CITY OF SANTA FE CITY
MANAGER GALEN BULLER; CITY OF SANTA FE
POLICE DEPARTMENT; CITY OF SANTA FE
POLICE CHIEF ERIC B. JOHNSON, CITY OF
SANTA FE POLICE OFFICERS TARRELL
SMITH and MARK LEWANDOWSKI; and OTHER
YET-TO-BE-IDENTIFIED EMPLOYEES OF THE
CITY OF SANTA FE,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS CITY OF SANTA FE AND CITY OF SANTA FE POLICE DEPARTMENT

    Plaintiff Yvette Ortega, by and through her undersigned counsel, and Defendants, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of all claims against Defendants the City of Santa Fe and the City of Santa Fe Police Department with prejudice.  Each party is to bear their own costs and attorney's fees.

| | |
|---|---|
| **THE BENNETT FIRM** | **FRENCH & ASSOCIATES, P.C.** |
| Electronically filed | Electronically filed |
| By: /s/ Merit Bennett, Attorney | By: /s/ Robert W. Becker, Attorney |
| MERIT BENNETT | ROBERT W. BECKER |
| 460 St. Michael's Drive, Ste. 703 | 500 Marquette Avenue NW, Ste. 500 |
| Santa Fe, NM 87505 | Albuquerque, NM 87102 |
| (505) 983-9834 / (505) 983-9836 fax | (505) 843-7075 / (505) 243-3482 fax |
| Attorneys for Plaintiff | Attorneys for Defendants |